UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLIY BEKNAZAROV, | No. 2: 17-cv-2164 KJN P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

On October 18, 2017, petitioner filed the instant petition pursuant to 28 U.S.C. § 2241 challenging a final order of removal. The petition is not signed by petitioner. Rather, the petition is signed by petitioner's wife.

Federal Rule of Civil Procedure 11 requires that every pleading must be signed by a party personally if the party is unrepresented. Petitioner's wife is not a lawyer. Therefore, the petition does not comply with Rule 11 because it is not signed by petitioner, himself. In addition, petitioner did not file an application to proceed in forma pauperis or pay the filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).

Accordingly, IT IS HEREBY ORDERED that:

1. The petition is dismissed with thirty days to file an amended petition signed by petitioner, himself; within that time, petitioner shall also file an application to proceed in forma pauperis;

1

2. Failure to file a signed amended petition and application to proceed in forma pauperis within that time will result in dismissal of this action.

Dated: October 31, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bek2164.ord